KENNETH B. WILSON, State Bar No. 130009
JOHANNA CALABRIA, State Bar No. 226222
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant
SEATTLE PACIFIC INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>          Plaintiff,<br><br>    v.<br><br>SEATTLE PACIFIC INDUSTRIES, INC.,<br><br>          Defendant. | CASE NO. C-06-7252 VRW<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Levi Strauss & Co. ("Plaintiff") filed a complaint on November 22, 2006. Plaintiff served the defendant, Seattle Pacific Industries, Inc. ("Defendant"), with the complaint on December 27, 2006. The parties previously stipulated to extend the deadline for Defendant's response to the complaint by thirty (30) days. Pursuant to that stipulation, Defendant's response is currently due on February 15, 2007. In order to allow Defendant sufficient time to prepare a response to the complaint, Defendant requested and Plaintiff and Defendant, by and through their attorneys, hereby stipulate to extend Defendant's, time to respond to the Complaint by seven (7) additional days, to February 22, 2007.

       IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 13, 2007. | **TOWNSEND AND TOWNSEND AND CREW LLP** |
| 3 | | |
| 4 | | By       /s/<br>      Gregory S. Gilchrist |
| 5 | | Attorney for Plaintiff<br>LEVI STRAUSS & CO., |
| 6 | | |
| 7 | DATED: February 13, 2007. | **PERKINS COIE LLP** |
| 8 | | |
| 9 | | By       /s/<br>      Johanna Calabria |
| 10 | | Attorneys for Defendant<br>SEATTLE PACIFIC INDUSTRIES, INC. |

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

DATED: February 22, 2007

The Honorable Vaughn R. Walker

[GRANTED — Judge Vaughn R Walker — United States District Court, Northern District of California seal]

- 2 -

2nd STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C-06-7252 VRW

[11616-0037/13022184_1.DOC]