TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 06 7252 VRW |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| SEATTLE PACIFIC INDUSTRIES, INC., | |
| Defendant. | |

The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action be and hereby is dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

///

///

///

///

STIPULATION OF DISMISSAL - 1 - Levi Strauss & Co. v. Seattle Pacific Industries, Inc.
Case No. C 06-7252 VRW

1 Dated: April 30, 2008 /s/ Gregory S. Gilchrist
Gregory S. Gilchrist
2 TOWNSEND & TOWNSEND & CREW
Attorneys for Plaintiff Levi Strauss & Co.

5 Dated: April 30, 2008 /s/ Kenneth B. Wilson
Kenneth B. Wilson
6 PERKINS COIE LLP
Attorneys for Defendant Seattle Pacific Industries, Inc.

10 IT IS SO ORDERED:

12 Dated: _____May 1_____, 2008 _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

61354831 v1

STIPULATION OF DISMISSAL - 2 - Levi Strauss & Co. v. Seattle Pacific Industries, Inc.
Case No. C 06-7252 VRW